Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
Telephone: (808) 230-4430
c_kagiwada@hotmail.com

Attorney for Defendant
REMY AGBAYANI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00181-01 SOM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING SENTENCING |
| ) | |
| REMY AGBAYANI (01), ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION AND ORDER CONTINUING SENTENCING**

The United States of America, through Assistant United States Attorney Leslie E. Osborne, Jr., and the defendant, Remy Agbayani, by and through his counsel, Cynthia A. Kagiwada, hereby agree and stipulate, and request that the Court approve a continuance of the sentencing hearing in

this case from March 20, 2006 at 2:15 p.m. to April 3, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway.

DATED: Honolulu, Hawaii, February 23, 2006.

By /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney


/s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
REMY AGBAYANI


DATED: Honolulu, Hawaii; March 13, 2006.

APPROVED AND SO ORDERED:



_____
Susan Oki Mollway
United States District Judge