# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00181SOM

CASE NAME:       USA vs. (01) Remy Agbayani

ATTYS FOR PLA:   Leslie Osborne, Jr.
                 Mark Nakatsu (FBI)

ATTYS FOR DEFT:  01 Cynthia Kagiwada

                 Roy Kawamoto (USPO)

JUDGE:    Susan Oki Mollway        REPORTER:   Debra Chun

DATE:     4/10/2006                TIME:       3:25 - 3:55

COURT ACTION:  EP: Sentencing to Counts 1, 6, and 13 of the Indictment; Motion for Downward Departure -

Defendant (01) Remy Agbayani present and in custody.

The Presentence Investigation Report and the USPO's recommendation are adopted by the Court, and placed under seal.

The Memorandum of Plea Agreement has been accepted by the Court.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: Time Served as to each of Counts 1 and 6, such terms to run concurrently.

Supervised Release: 3 Years as to Count 6 and 5 Years as to Count 1, such terms to run concurrently.

Restitution: $376,000.00.

Special Assessment: $200.00 ($100.00 as to each count).

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That restitution of $376,000 is due immediately to Wells Fargo, to be paid jointly and severally with codefendants Romulo Morales and Cynthia Agbayani, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

- That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Defendant advised of his right to appeal

Government requests a preliminary order of forfeiture in the amount of $968,375.77 - Granted.

Government to prepare the order.

Final order of forfeiture to be submitted after Ms. Agbayani is sentenced.

Government's Motion to Dismiss the Remaining Counts as to this Defendant Only - Granted.

Defendant to be released forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.