ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

CR 04-181

IN THE MATTER OF           )
CR. NO. 04-00181 SOM       )
UNITED STATES OF AMERICA v. REMY )
AGBAYANI (01) and CYNTHIA AGBAYANI ) **AFFIDAVIT OF PUBLICATION**
(02), Defendants           )
                           )
                           )
                           )

STATE OF HAWAII            )
                           ) SS.
City and County of Honolulu )

Carrie Asuncion being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin __3__ times on 07/14/2006, 07/21/2006, 07/28/2006

And that affiant is not a party to or in any way interested in the above entitled matter.

C. Asuncion

Subscribed to and sworn before me this __28th__ day of __July__ A.D. 20__06__

Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2006

Ad# 05523676



[Attached newspaper clipping: Notice of Preliminary Order of Forfeiture in United States of America v. Remy Agbayani (01) and Cynthia Agbayani (02), Cr. No. 04-00181 SOM, United States District Court for the District of Hawaii, regarding forfeiture of properties including sums of money and real property at 648 Mountain Street, pursuant to 21 U.S.C. § 853(n)(1).]