EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00181 SOM |
| | ) | |
| Plaintiff, | ) | PLAINTIFF UNITED STATES' <u>EX</u> <u>PARTE</u> MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE; DECLARATION OF LESLIE E. OSBORNE, JR.; EXHIBIT "A" |
| vs. | ) | |
| REMY AGBAYANI,         (01) | ) | |
| CYNTHIA AGBAYANI,      (02) | ) | |
| Defendants. | ) | |

PLAINTIFF UNITED STATES' <u>EX</u> <u>PARTE</u> MOTION
FOR ENTRY OF FINAL ORDER OF FORFEITURE

Plaintiff United States of America hereby moves, <u>ex parte</u>, for the entry of a Final Order of Forfeiture.  This motion is made pursuant to Fed. R. Crim. P. 32.2(c)(2), and is based on

//

//

//

//

the attached Declaration of Leslie E. Osborne, Jr., and the pleadings filed herein.

DATED: September 12, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Leslie E. Osborne, Jr.
_____
LESLIE E. OSBORNE, Jr.
Assistant U.S. Attorney